USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION,

Plaintiff,

-against-

DEORAJ RAMNARINE, et al.,

Defendants.

26-CV-3574 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

A status conference is set to take place in the above-captioned matter on October 22, 2026 at 2:00 p.m. This is an in-person conference and will be held in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Both pro se defendants (Deoraj Ramnarine and Anupa Ramnarine) must appear in person at the conference. Mr. and Ms. Ramnarine must also cooperate with plaintiff's counsel to prepare a joint status letter to be filed no later than **October 21, 2026**.

Plaintiff Onity Mortgage Corp. is directed to email a copy of this Order to Ms. Ramnarine at anuparamnarine@yahoo.com and file proof of such service on the docket.

Dated: New York, New York
October 16, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**