USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONITY MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>DEORAJ RAMNARINE, et al.,<br><br>Defendants. | 26-CV-3574 (MMG) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, the Court will conduct a further status conference on **November 24, 2026** at **11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. A representative for plaintiff with authority regarding defendants' reinstatement request, as well as plaintiff's counsel and the pro se defendants, must appear in person at the conference.

No later than **November 23, 2026**, the parties must file a joint status letter reporting the progress of settlement.

Plaintiff is reminded to update the caption of this action in accordance with its name change.

Dated: New York, New York
October 22, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**