UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
PHH MORTGAGE CORPORATION, Docket: 26-CV-03574

Plaintiff,

-against-

DEORAJ RAMNARINE A/K/A DEORAJ K. RAMNARINE,
ANUPDA D. RAMNARINE, ET. AL.

Defendant(s).
----------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/23/26

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PLAINTIFF PURSUANT TO RULE 25(c)**

Upon the Motion of Plaintiff PHH Mortgage Corporation n/k/a Onity Mortgage Corporation ("PHH"), pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, for an Order substituting U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Mortgage Pass-Through Certificates, Series 2005-4 ("U.S. Bank Trust, as Trustee"), as Plaintiff in this mortgage foreclosure action, and upon the supporting affidavit, exhibits, and all prior proceedings herein, and good cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Mortgage Pass-Through Certificates, Series 2005-4, is substituted as Plaintiff in place of PHH Mortgage Corporation n/k/a Onity Mortgage Corporation pursuant to Rule 25(c) of the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that the substitution is based upon the transfer to U.S. Bank Trust, as Trustee of the Note and Mortgage that are the subject of this action, and U.S. Bank Trust, as Trustee is the successor-in-interest to the rights being enforced herein; and it is further

**ORDERED**, that the caption of this action shall hereafter be amended to reflect U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Mortgage Pass-Through Certificates, Series 2005-4, as Plaintiff; and it is further

**ORDERED**, that the caption shall be amended as follows:

--------------------------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4,

Docket: 26-CV-03574

Plaintiff,

-against-

DEORAJ RAMNARINE A/K/A DEORAJ K. RAMNARINE; ANUPA D. RAMNARINE; CAPITAL ONE, NATIONAL ASSOCIATION, NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY TRANSIT ADJUDICATION BUREAU, DELTA FUNDING CORP

JOHN DOE #1 through JOHN DOE #12, the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises, described in the complaint

Defendant(s).

**ORDERED**, that this mortgage foreclosure action shall continue without interruption in the name of U.S. Bank Trust, as Trustee upon the existing pleadings and proceedings; and it is further

**ORDERED**, that U.S. Bank Trust, as Trustee shall be bound by all prior orders, rulings, and proceedings in this action and shall take this action subject to all defenses and claims previously asserted therein; and it is further

**ORDERED**, that this substitution effects no change to the claims asserted, the relief sought, the property that is the subject of this foreclosure action, or the substantive rights of any party.

SO ORDERED.

Dated: **November 23, 2026**

**BARBARA MOSES**
**UNITED STATES MAGISTRATE JUDGE**